# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Trevon L. Estes, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI Software LLC et al.,<br><br>Defendants. | Case No. 20-CV-1624 (SRN/BRT)<br><br>**ORDER** |

Adam R. Strauss and Benjamin William Tarshish, Tarshish Cody, PLC, 6337 Penn Ave. S., Minneapolis, MN 55423 and James A. Francis and Lauren KW Brennan, Francis Mailman Soumilas P.C., 1600 Market Street, Suite 2510, Philadelphia, PA 19103 for Plaintiffs.

Cindy D. Hanson, Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308; Julie Diane Hoffmeister, Troutman Pepper Hamilton Sanders LLP, 1001 Haxall Point, Richmond, VA 23219; Ronald I. Raether, Jr., Troutman Sanders LLP, 5 Park Plaza, Suite 1400, Irvine, CA 92614-2545; and Alexander M Baggio and Mark T. Berhow, Hinshaw & Culbertson LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402 for Defendants.

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December 6, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge