UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Trevon L. Estes, *on behalf of himself and all other similarly situated*, | Civil No. 20-cv-01624 (SRN/BRT) |
| Plaintiff, | **ORDER** |
| v. | |
| MRI Software LLC, and Albin Acquisition Corporation d/b/a Rental History Reports, | |
| Defendants. | |

---

Adam R. Strauss and Benjamin William Tarshish, Tarshish Cody, PLC, 6337 Penn Ave. S., Minneapolis, MN 55423 and James A. Francis and Lauren KW Brennan, Francis Mailman Soumilas P.C., 1600 Market Street, Suite 2510, Philadelphia, PA 19103 for Plaintiffs.

Cindy D. Hanson, Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308; Julie Diane Hoffmeister, Troutman Pepper Hamilton Sanders LLP, 1001 Haxall Point, Richmond, VA 23219; Ronald I. Raether, Jr., Troutman Sanders LLP, 5 Park Plaza, Suite 1400, Irvine, CA 92614-2545; and Alexander M Baggio and Mark T. Berhow, Hinshaw & Culbertson LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402 for Defendants.

---

Based upon the Stipulation of Dismissal filed in the above-entitled matter [Doc. No. 50], and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants (*no class having been certified*) are dismissed with prejudice, and without any further costs, disbursements, or attorneys' fees to any of the parties.

Dated: December 29, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge